



























F







F

F